

**MEMO ENDORSED**

**VIA ECF**  July 15, 2025
The Honorable Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

                      RE:      ***United States v. Akeem Bada***
                                      **20-Cr-0003 (KPF)**

Dear Judge Failla:

      The sentencing is scheduled in this case for August 13, 2025. I write with the consent of the government to respectfully request an adjournment of sentencing of about three weeks.

      When I agreed to the sentencing date in this case I made two mistakes. First, I neglected to notice that I will be on CJA duty that day, which could interfere with the appearance in this case. Second, I will be out of the country on a family vacation during the time when my sentencing memorandum is due. I would very much prefer not to have to work on this case while abroad on vacation. Moreover, there remain a small number but potentially important factual disputes in the offense conduct section of the draft PSR that I have to iron out with Mr. Bada and (possibly the government). Lastly, I am still waiting for some materials from Mr. Bada's family in Nigeria that I need for sentencing.

      Accordingly, I respectfully request that the current sentencing date be adjourned to the week of September 2nd or thereafter. I am unavailable on September 8, 10, and 11. I apologize for any inconvenience.

      Thank you for your consideration.

                                                          Respectfully submitted,

                                                          /s/

                                                          Florian Miedel
                                                          *Attorney for Akeem Bada*

cc:      Government Counsel (*via* ECF)

---

**Miedel & Mysliwiec LLP**
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com

Application GRANTED.  The sentencing is ADJOURNED to **September 3, 2025, at 3:30 p.m.**  The Government shall file its sentencing submission on or before **August 20, 2025** and  Mr. Bada shall file his sentencing submission on or before **August 27, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 566.

Dated:     July 16, 2025
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE